No. 82. SNYDER *v.* NEW YORK, CHICAGO & ST. LOUIS R. R. Co.

January 2, 1929. *Per Curiam:* The judgment of dismissal, heretofore entered in this cause on the 3d day of December, 1928, is hereby vacated and set aside, and the following substituted therefor:

This case is affirmed on the ground that § 407 of the Transportation Act of 1920, 41 Stat. 480 ch. 91, amending § 5 of the Interstate Commerce Act, has not as yet become applicable to cases like this. *Mr. Frederick A. Henry* for plaintiff in error. *Messrs. Leslie Nichols, Thomas H. Hogsett,* and *Wm. H. Boyd* for defendant in error. See *ante,* p. 573.

No. 173. ARIZONA SUPERIOR MINING CO. *v.* ANDERSON.

Motion submitted January 2, 1929. Decided January 7, 1929. *Per Curiam:* The motion to dismiss is granted for the reason that no federal question was raised below. *Godchaux Co.* v. *Estopinal,* 251 U. S. 179; *Wall* v. *Chesapeake & Ohio Ry.,* 256 U. S. 125. *Mr. Francis M. Hartman* for defendant in error in support of the motion. *Mr. James P. Levin,* with whom *Messrs. Wm. J. Hughes* and *J. W. Faulkner* were on the brief, for plaintiff in error in opposition thereto.